

# CHRIS DANIEL

### HARRIS COUNTY DISTRICT CLERK

December 2, 2015

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
12/9/2015 10:30:04 AM
CHRISTOPHER A. PRINE
Clerk

HONORABLE SUSAN BROWN
185TH DISTRICT COURT
HARRIS COUNTY
HOUSTON, TX

Defendant's Name: JEROME TERRY

Cause No: 1468004

Court: 185TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 11/23/15
**Sentence Imposed Date:** 11/23/15
**Court of Appeals Assignment: Fourteenth Court of Appeals**
**Appeal Attorney of Record: TO BE DETERMINED**

Sincerely,

Criminal Post Trial Deputy

CC: Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

JANET RAGAN (DELIVERED VIA E-MAIL)

GAIL ROLEN (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin   P.O. Box 4651   Houston, Texas 77210-4651

Cause No. _1468004_

## THE STATE OF TEXAS

_JEROME TERRY_ V. _____, A/K/A/ _____

_185TH_ District Court / ~~County Criminal Court at Law No.~~ _____

### Harris County, Texas

### NOTICE OF APPEAL

### TO THE HONORABLE JUDGE OF SAID COURT:

On ____NOV 23 2015____ (date), the defendant in the above numbered and styled cause gives NOTICE OF APPEAL of his conviction.

The undersigned attorney (check appropriate box):

☑ MOVES to withdraw.

☐ ADVISES the court that he will CONTINUE to represent the defendant on appeal.

**NOV 23 2015**

**Date**

X _____ (Attorney Signature)

X _Jerome Terry_
**Defendant (Printed name)**

**Attorney (Printed name)** _Allen R Brooks_

**State Bar Number** _24071077_

**Address** _4801 Mud Way 300E 77056_

Time: _11-23-15_
Time: _____
By _____

_713-292-2025_

**Telephone Number**

The defendant (check all that apply):

☑ REPRESENTS to the court that he is presently INDIGENT and ASKS the court to immediately APPOINT appellate counsel to represent him.

☐ ASKS the Court to ORDER that a free record be provided to him.

☑ ASKS the court to set BAIL.

Accordingly, Appellant ASKS the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief.

X _Jerome Terry_
**Defendant (Signature)**

X _JEROME TERRY_
**Defendant's Printed name**

SWORN TO AND SUBSCRIBED BEFORE ME ON ____NOV 23 2015____

By Deputy District Clerk of Harris County, Texas _____

Page 1 of 2

# ORDER

On **NOV 23 2015** _____ the Court conducted a hearing and FINDS that defendant / appellant

☐ IS NOT indigent at this time.

☑ IS indigent for the purpose of

    ☑ employing counsel

    ☑ paying for a clerk's and court reporter's record.

    ☑ employing counsel and/or paying for a clerk's and court reporter's record.

The Court ORDERS that

☑ Counsel's motion to withdraw is GRANTED / ~~DENIED~~.

☐ Defendant / appellant's motion (to be found indigent) is DENIED.

☐ Defendant's / appellant's motion is GRANTED and

    ☐ Attorney _____
    Bar Card Number_____ SPN Number _____
    is APPOINTED to represent defendant / appellant on appeal.

    ☐ Harris County Public Defender's Office (HCPD) is APPOINTED to represent
    defendant/appellant on appeal.
    Assistant Public Defender Assigned by HCPD _____
    Bar Card Number_____ SPN Number _____

    ☐ The COURT REPORTER is ORDERED to prepare and file the reporter's record without charge to
    defendant / appellant.

BAIL IS:

☐ SET at $_____.

☐ TO CONTINUE as presently set.

☒ DENIED and is SET at NO BOND. (Felony Only)

DATE SIGNED: **NOV 23 2015** _____

_____
JUDGE PRESIDING,
*18 5th* DISTRICT COURT /
COUNTY CRIMINAL COURT AT LAW NO. ____,
HARRIS COUNTY, TEXAS

Cause No. _____

# THE STATE OF TEXAS
## V.
_____, A/K/A/ _____

_____ District Court / County Criminal Court at Law No. _____

## Harris County, Texas

## OATH OF APPOINTED ATTORNEY ON APPEAL

I, _____, Attorney at Law, swear or affirm that I will be solely responsible for writing a brief and representing the appellant on appeal. If I am not able to perform my duties as appellate counsel, I will notify the Court immediately so that the Court may take the appropriate action as deemed necessary.

| | |
|---|---|
| _____ | _____ |
| Attorney-at-Law (Signature) | BAR Number / SPN |
| _____ | _____ |
| Address | City / State / Zip |
| _____ | _____ |
| Phone | FAX |

SWORN TO AND SUBSCRIBED BEFORE ME ON _____

By Deputy District Clerk of Harris County, Texas _____

 

Cause No. **1468004**

| | |
|---|---|
| **THE STATE OF TEXAS** | IN THE **18TH** DISTRICT COURT |
| **v.** | **COUNTY CRIMINAL COURT AT LAW NO.** ____ |
| _____**JEROME TERRY**_____, Defendant | **HARRIS COUNTY, TEXAS** |

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

- ☐ is not a plea-bargain case, and the defendant has the right of appeal. [*or*]
- ☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [*or*]
- ☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [*or*]
- ☐ is a plea-bargain case, and the defendant has NO right of appeal. [*or*]
- ☐ the defendant has waived the right of appeal.

_____
Judge

**NOV 23 2015**
_____
Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the court of appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

X _Jerome Terry_
Defendant

Mailing Address: _____

Telephone number: _____

Fax number (if any): _____

**HCJ FILED**
Chris Daniel
District Clerk
Chris Daniel
DATE: 11-25-15
Time: 11-25-15
Harris County, Texas
Timely _____

X _Alex Brown_
Defendant's Counsel

State Bar of Texas ID number: **24071071**

Mailing Address: **4801 Mudway 300E**

Telephone number: **713-272-2005**

Fax number (if any): **713-583-2995**

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

# APPEAL CARD

1-22-16

14+45

**Court** 18 SIT

**Cause No.** 1468004

## The State of Texas

JEROME TERRY

Vs

11-23-15

**Date Notice Of Appeal:** NOV 23 2015

**Presentation:** Vol._____ Pg._____

**Judgment:** Vol._____ Pg._____

**Judge Presiding** WAYNE MALLIA
**Court Reporter** JANET RAGAN
**Court Reporter** GAIL BILIN
**Court Reporter** _____

**Attorney on Trial** ALIJE RYCHAAN RENEE BOOKER BOOKER

**Attorney on Appeal** _____

**Appointed**_____ **Hired**_____

**Offense** POSS CONT SUB

**Jury Trial:** Yes ✓  No_____

**Punishment Assessed** 20 YEARS TDCJ

**Companion Cases** _____
(If Known) _____

**Amount of Appeal Bond** NO BOND

**Appellant Confined:** Yes ✓  No_____

**Date Submitted To Appeal Section** NOV 23 2015

**Deputy Clerk** _____